# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158903(50)

FRANK ANTHONY SCOLA,
          Plaintiff-Appellant,

v

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION, and JP MORGAN CHASE &
CO.,
          Defendants-Appellees,
and

KATHLEEN SCOLA, ESTATE OF JOHN
BARROW BROWN, and CITY OF WAYNE,
          Defendants.
_____/

SC:  158903
COA:  338966
Wayne CC:  15-002804-NI

       On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before October 18, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2019



Clerk